## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alfred John Sufka, | Civil No. 07-2528 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| v. | |
| The State of Minnesota, Department of Corrections, Dr. Henry Lee, Michael Hammerding, Nanette Schroeder, Maureen Conner, Joan Fabian, Judge Allice, Judge Danforth, Benton County Social Services, Benton County Sheriff Department, and Darren, | |
| Defendants. | |

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 8) is **ADOPTED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

3. Plaintiff must pay the unpaid balance of the Court filing fee, namely the full $350.00, in accordance with 28 U.S.C. § 1915(b)(2); and

4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

Dated: November 15, 2007

                                                          s/Richard H. Kyle  
                                                          RICHARD H. KYLE  
                                                          United States District Judge